UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANA DEL CARMEN RIVERA OYOLA,
Plaintiff,

v.  Case No: 6:19-cv-1757-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## ORDER

This cause comes for consideration on the United States Magistrate Judge's *sua sponte* report and recommendation (the "Report and Recommendation") (Doc. 8) recommending that the case be dismissed without prejudice for failure to prosecute. As of the date of this Order, Plaintiff Ana Del Carmen Rivera Oyola has not filed an amended application to proceed *in forma pauperis* as previously ordered by the Court. (*See* Doc. 4.) After review of the Report and Recommendation (Doc. 8) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge David A. Baker's Report and Recommendation (Doc. 8) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Ana Del Carmen Rivera Oyola's Complaint (Doc. 1) is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk of Court is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this \_\_\_\_ day of February, 2020.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Unrepresented Parties